# EXHIBIT "A"

**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **TERESA LARRY,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | 23A05358 |
| **vs.** | * | **Civil Action File No.:** 23A05358 |
| | * | |
| **DOLLAR TREE STORES, INC.,** | * | **DEMAND FOR JURY TRIAL** |
| | * | |
| **Defendant.** | * | |

**COMPLAINT FOR DAMAGES**

**COMES NOW**, Teresa Larry (hereinafter "Plaintiff"), by and through her undersigned counsel, and files this Complaint for Damages against Dollar Tree Stores, Inc., (hereinafter "Defendant") and shows this Court the following facts and circumstances in support of this Complaint:

## I. PARTIES, JURISDICTION AND VENUE

1.

Plaintiff is an individual and resident of Camden County, Georgia and is subject to the jurisdiction of this Court.

2.

Upon information and belief, Defendant Dollar General Stores, Inc. is a Foreign for Profit Corporation registered under the laws of Georgia with its principal place of business in Chesapeake, VA. Defendant is subject to the jurisdiction of this Court and may be served with a Summons and Complaint for Damages, along with Plaintiff's First Request for Admissions, Plaintiff's First Interrogatories, and Plaintiff's First Request for Production of Documents to Defendant, via its Registered Agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.



STATE COURT OF
DEKALB COUNTY, GA.
11/13/2023 11:56 AM
E-FILED
BY: Monica Gay

3.

Jurisdiction and Venue are appropriate in this Court.

## II. BACKGROUND

4.

On or about November 25, 2022, Plaintiff was a guest and invitee of the Dollar Tree Stores, Inc., located at 6746 Covington Highway, Suite 110, Lithonia, GA 30058.

5.

On November 25, 2022, Plaintiff was shopping in Dollar Tree when she was hit by falling boxes, causing her serious injury.

6.

Under Georgia law, "[w]here an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe." O.C.G.A. §51-3-1.

7.

Under Georgia law, Defendant had a non-delegable duty to maintain safe premises to Plaintiff, including inspecting the premises to discover possible dangerous premises and which the owner/occupier does not have actual knowledge and taking reasonable precautions to protect invitees from dangers foreseeable from the arrangement or use of the premises, and breached this duty.

8.

Under Georgia law, Defendant had a duty to know of the aforementioned defect in the exercise of ordinary care and failure to do so makes Defendant liable for injuries caused by said defect.

9.

Defendant has acted in bad faith, been stubbornly litigious, and caused Plaintiff unnecessary trouble and expense in requiring the filing of the instant lawsuit. Pursuant to O.C.G.A. §§13-6-11 and 51-12-7, Plaintiff hereby respectfully requests and specifically pleads for recovery of expenses of litigation, interest, penalties, and attorneys' fees as a result of the Defendant's stubbornly litigious and bad faith conduct.

10.

Under Georgia law, "the landlord must keep the premises in repair" and is "responsible for damages arising from defective construction or for damages arising from the failure to keep the premises in repair."

11.

Defendant had a non-delegable duty to keep their invitees safe and breached this duty.

12.

Plaintiff lacked knowledge of the hazard despite her exercise of ordinary care.

13.

Defendant had actual and/or constructive knowledge of the hazardous condition of the store.

14.

As a direct result of Defendant's negligent conduct, Plaintiff incurred objective injuries including, but not limited to, injuries to her right shoulder and neck.

15.

Plaintiff has been forced to seek medical treatment as a result of the injuries sustained in this incident which total no less than $22,679.68, but no more than $75,000.00.

16.

Defendant is indebted to Plaintiff for past, present, and future treatment expenses; past, present and future pain and suffering; past, present and future loss of ability to enjoy life; past present, and future lost wages; expenses of litigation, and all other damages allowed by Georgia law. However, Plaintiff does not believe the amount of damages in this case will exceed $75,000.00.

**PRAYER FOR RELIEF**

18.

WHEREFORE, Plaintiff having set forth the facts and circumstances in support of her cause of action, prays for a judgment against Defendant as follows:

(a) That Plaintiff recovers all special damages as alleged above and as proven;

(b) That Plaintiff recovers general damages, including pain and suffering, in an amount to be determined at trial;

(c) That Plaintiff recovers expenses of litigation, including reasonable attorney's fees;

(d) That all issues be tried before a jury; and,

(e) That Plaintiff recovers such other relief as this Court deems fair and reasonable.

Respectfully submitted this 13th day of November, 2023.

Mayfield Law, LLC

/s/ Alex D. Mayfield

Alex D. Mayfield, Esq.
(Georgia Bar No.: 584065)
Attorney for Plaintiff

1611 Union Street
Brunswick, Georgia 31520
Telephone: (912) 457-8557
Facsimile: (912) 457-7266
alex@mayfieldinjury.com

STATE COURT OF
DEKALB COUNTY, GA.
11/13/2023 11:56 AM
E-FILED
BY: Monica Gay